**No. 10-7371. Lester Joe Perry, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1281, 131 S. Ct. 1628, 179 L. Ed. 2d 520, 2011 U.S. LEXIS 2061.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 458.

**No. 10-7390. Bernard Cherry, Petitioner v. City of New York, New York, et al.**

562 U.S. 1281, 131 S. Ct. 1628, 179 L. Ed. 2d 520, 2011 U.S. LEXIS 2070.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1152, 131 S. Ct. 940, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 232.

**No. 10-7409. Cheryl L. Rowe, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1281, 131 S. Ct. 1628, 179 L. Ed. 2d 520, 2011 U.S. LEXIS 1990.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1153, 131 S. Ct. 942, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 148.

**No. 10-7455. Randy Herman Swopes, Petitioner v. Illinois.**

562 U.S. 1281, 131 S. Ct. 1629, 179 L. Ed. 2d 520, 2011 U.S. LEXIS 1954.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1184, 131 S. Ct. 1006, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 820.

**No. 10-7483. Jack K. Stein, Petitioner v. Scott Frakes, Superintendent, Monroe Correctional Complex.**

562 U.S. 1281, 131 S. Ct. 1629, 179 L. Ed. 2d 520, 2011 U.S. LEXIS 1956.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1154, 131 S. Ct. 946, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 248.

**No. 10-7668. William John Feldhacker, Petitioner v. Dennis Bakewell, Warden, et al.**

562 U.S. 1281, 131 S. Ct. 1629, 179 L. Ed. 2d 520, 2011 U.S. LEXIS 1940.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1158, 131 S. Ct. 957, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 217.

**No. 10-7695. Percy Allen Williams, Jr., Petitioner v. Robert Jones, Superintendent, Hyde Correctional Institution.**

562 U.S. 1281, 131 S. Ct. 1629, 179 L. Ed. 2d 520, 2011 U.S. LEXIS 1984.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1189, 131 S. Ct. 1020, 178 L. Ed. 2d 845, 2011 U.S. LEXIS 809.